Joseph D. ARMSTRONG, Plaintiff–Appellant,

v.

EASTMAN KODAK COMPANY and John Nielson, Individually, Defendants Appellees.

Docket No. 00–9210.

United States Court of Appeals, Second Circuit.

Aug. 21, 2001.

Joseph D. Armstrong, Rochester, NY, pro se.

Paul J. Yesawich III, Harris Beach LLP, Rochester, NY; Scott D. Piper, on the brief, for appellee.

Present MINER, JACOBS, and CALABRESI, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be, and it hereby is, **AFFIRMED.**

Plaintiff, appearing *pro se,* appeals from a grant of summary judgment in the Unit-

ed States District Court for the Western District of New York (Telesca, J.) dismissing his claims of race discrimination and retaliation. We affirm for substantially the reasons stated in Judge Telesca's Decision and Order. *See Armstrong v. Eastman Kodak Co.,* 97–CIV–6583 (W.D.N.Y. Aug. 25, 2000).